## CERTIFICATE OF SERVICE

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint were made December 4, 2019 by:

☒     Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

### SEE ATTACHED SERVICE LIST

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 4, 2019                    */s/ Colin R. Robinson*
                                                          Colin R. Robinson (DE Bar No. 5524)
                                                          PACHULSKI STANG ZIEHL & JONES LLP
                                                          919 North Market Street, 17th Floor
                                                          P O Box 8705
                                                          Wilmington, DE  19899-8705 (Courier 19801)

Woodbridge Adv. Service List

**First Class Mail**
Deborah O'Bryan
Executrix of the Estate of John O'Bryan
18238 Bluewater Cove Drive
Humble, TX  77346-6160